January 19, 1906.) Action by Madeline Tunison against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. T. Canavan, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $1,585.05, in which event judgment, as so modified, and order, affirmed, without costs.

TYNBERG, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Action by Ida Tynberg against the New York & Harlem Railroad Company and others. No opinion. Motion denied, with $10 costs.

UNITED STATES ALUMINUM PRINTING PLATE CO., Respondent, v. STECHER LITHOGRAPHIC CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by the United States Aluminum Printing Plate Company against the Stecher Lithographic Company. A. Benedict, for appellant. E. B. Whitney, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

VAN SCHAICK v. STATE BANKING & SAFE DEPOSIT CO. (four cases). (Supreme Court, Appellate Division, First Department. December 30, 1905.) Actions by Eugene Van Schaick against the State Banking & Safe Deposit Company. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

VAN SANT, Respondent, v. HEYMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Thomas Van Sant, agent, etc., against Louis Heymann. No opinion. Order of the Municipal Court affirmed, with costs.

VAN SANT, Respondent, v. WHITBECK, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Thomas Van Sant, agent, etc., against Henry M. Whitbeck. No opinion. Order of the Municipal Court affirmed, with costs.

VAUGHN v. GLENS FALLS PORTLAND CEMENT CO. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) Action by Albert A. Vaughn against the Glens Falls Portland Cement Company. No opinion. Motion denied.

VITZTHUM v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Amelia Vitzthum against the Interurban Street Railway Company. No opinion. Motion granted, with $10 costs.

VOLLHART v. SEARLES. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Rosina Vollhart against James H. Searles. No opinion. So much of motion as seeks to vacate judgment granted; so much as asks for return of amount paid for costs denied.

VROMAN, Respondent, v. MAHER et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 19, 1906.) Action by Charles Vroman against Thomas Maher and Jeremiah Maher. No opinion. Order affirmed, with $10 costs and disbursements.

WADE, Appellant, v. MUTUAL RESERVE LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by William H. Wade, as administrator, against the Mutual Reserve Life Insurance Company. J. Nicolson, for appellant. G. Burnham, Jr., for respondent. No opinion. Judgment affirmed, with costs.

WALDEN, Appellant, v. POST et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by John W. H. Walden against George W. Post, Jr., and John B. De Cue, as sole surviving executor, etc. No opinion. Motion to dismiss appeal granted.

WALROD, Appellant, v. NOEL, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Frank Walrod against Henry Noel, as treasurer of Inland Seamen's Union. No opinion. Judgment unanimously affirmed, with costs.

WAMSER v. BROWNING, KING & CO. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Tony Wamser against Browning, King & Co. No opinion. Motion granted. See 95 N. Y. Supp. 1051.

WAMSER v. BROWNING, KING & CO. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Tony Wamser against Browning, King & Co. No opinion. Stay granted as stated in memorandum. See 95 N. Y. Supp. 1051.

WARD, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Edward J. Ward against the Metropolitan Street Railway Company. C. W. Lefler, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs.

WARE, Respondent, v. ITHACA ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1905.) Action by Alice P. Ware, as administratrix, etc., against the Ithaca Street Railway Company. No opinion. Order unanimously affirmed, with costs.

WARSHAWSKY v. GRAND THEATER CO. (Supreme Court, Appellate Division, First